# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| RUCHADD BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:26-cv-00044 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| META PLATFORMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE